# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | Case No. 2:06CR00002 |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **ROBERT GERALD DAGNAN**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the government's Motion to Dismiss is GRANTED, and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby DENIED.

ENTER: December 15, 2009

/s/ JAMES P. JONES
Chief United States District Judge